PROB 12C
(6/16)

Report Date: March 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan M. Hoffman | Case Number: 0980 2:10CR00092-EFS-1 |
| Address of Offender: ▬▬▬▬▬▬▬ Kettle Falls, Washington 99141 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 15, 2011

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 144 months    Type of Supervision: Supervised Release |
|  | TSR - 96 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter    Date Supervision Commenced: December 13, 2021 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: December 12, 2029 |

### PETITIONING THE COURT

To issue a **warrant**.

On December 13, 2021, the conditions of supervision were reviewed with Mr. Hoffman. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Hoffman allegedly violated his conditions of supervised release by committing the following offenses: 2nd Degree Assault Domestic Violence, in violation of R.C.W. 9A.36.021; and Interfering with the Reporting of a Domestic Violence, in violation of R.C.W. 9A.36.150 |
| | According to the report filed by the Stevens County Sheriff's Office, case number 2403175, officers were dispatched to Mr. Hoffman's address that he shares with his girlfriend for a domestic violence incident. Mr. Hoffman's girlfriend called to report he had assaulted her. |
| | Mr. Hoffman's girlfriend advised she had been making dinner and Mr. Hoffman was laying in bed. His girlfriend stated Mr. Hoffman was having a "bad day." She went into the bedroom to give him dinner and he attacked her. She said Mr. Hoffman grabbed her face hard, covering her mouth with his fingers spread across her face, squeezing. While |

Prob12C
Re: Hoffman, Ryan M.
March 22, 2024
Page 2

squeezing her face, he was telling his girlfriend to "shut the fuck up." Mr. Hoffman then proceeded to choke her. She did not lose consciousness; however, she advised if it had continued, she feels she would have. She also stated it was difficult for her to breathe during the incident and indicated even an hour after the incident, she was still experiencing difficulties breathing. The deputy interviewing the victim observed her lips to be swollen and bleeding and took photos. Mr. Hoffman's girlfriend reported that she would have called earlier but Mr. Hoffman took her phone, prohibiting her from calling law enforcement.

The victim's 12 year old son witnessed the incident. He reported to law enforcement he saw Mr. Hoffman on top of his mother with both hands around her throat.

The Stevens County Sheriff's Office developed probable cause for the aforementioned charges.

Mr. Hoffman was not at the residence when law enforcement arrived and his whereabouts are unknown. The undersigned officer has attempted to reach Mr. Hoffman on his cell phone and at this time, have gone unanswered.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/22/2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

March 22, 2024

Date