PROB 12C
(6/16)

Report Date: March 25, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan M. Hoffman                    Case Number: 0980 2:10CR00092-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 15, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 144 months;<br>TSR - 96 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | December 13, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | December 12, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/22/2024.

On December 13, 2021, the conditions of supervision were reviewed with Mr. Hoffman. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Hoffman is in violation of his conditions of supervised release for committing a new crime, driving under the influence (DUI) and failure to yield, on or around March 22, 2024.<br><br>On or about March 22, 2024, Mr. Hoffman was arrested and booked into the Chelan County Regional Justice Center for DUI, case number C00021215. Mr. Hoffman posted bail on March 23, 2024. He was also cited for failure to yield.<br><br>On March 25, 2024, Mr. Hoffman advised the undersigned officer of his arrest for DUI. |

Prob12C
Re: Hoffman, Ryan M.
March 25, 2024
Page 2

The police reports have been requested and the Court will be updated if needed.

3    **Special Condition #17**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Mr. Hoffman is in violation of his conditions of supervised release by consuming alcohol on or around March 22, 2024.

As noted in violation number 2, Mr. Hoffman was arrested for driving under the influence (DUI). He admitted to the undersigned officer that he consumed several beers the night of March 22, 2024, and signed an admission of use form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 25, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

3/26/2024
Date