PROB 12C
(6/16)

Report Date: February 5, 2026

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2026

SEAN F. McAVOY, CLERK

ECF No. 215

| | |
|---|---|
| Name of Offender: Ryan M. Hoffman | Case Number: 0980 2:10CR00092-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮ Spokane, Washington 99216 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 15, 2011 | |
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: Prison - 144 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 11, 2024) Prison - 108 Days; TSR - 66 Months | |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: July 11, 2024 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: December 12, 2029 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 2, and December 16, 2025.

On August 5, 2024, a supervision intake was completed with Ryan Hoffman. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged that Ryan Hoffman violated the terms of his supervised release by being in the District of Idaho without prior approval on or about January 31, 2026. |
| | On January 31, 2026, Ryan Hoffman was arrested by the United States Marshals Service at a residence in Coeur d'Alene, Idaho. At that time, Mr. Hoffman had an outstanding United |

Prob12C
Re: Hoffman, Ryan M.
February 5, 2026
Page 2

States Marshals warrant related to supervision violations. He did not have prior approval to be in the District of Idaho.

9    **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so.. If you plan to change where you work or anything about you work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Ryan Hoffman violated the terms of his supervised release by failing to report a change in employment, on or about December 11, 2025, or since.

On December 16, 2025, contact was made with Mr. Hoffman's last known employer, who advised Mr. Hoffman last appeared for work on December 11, 2025. The employer advised that Mr. Hoffman abruptly left work early stating that he needed to report to the probation office. Mr. Hoffman had not returned to work since and the employer was advised by another employee that Mr. Hoffman left town due to concerns he would be going back to prison. Mr. Hoffman's employment was terminated.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/05/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Hoffman, Ryan M.**
**February 5, 2026**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

February 10, 2026
Date